IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY        :
BENEFIT TRUST, et al.,
                                   :
       Plaintiffs,
                                   :
  vs.                                    Case No. 3:12cv53
                                   :
PATRIOT STEEL ERECTORS, INC., et al.,   JUDGE WALTER HERBERT RICE
                                   :
       Defendants.

---

DECISION AND ENTRY SUSTAINING PLAINTIFFS' UNOPPOSED
MOTION FOR DEFAULT JUDGMENT (DOC. #7); DIRECTIVE TO
PLAINTIFFS' COUNSEL

---

Pursuant to the reasoning and citations of authority set forth by the Plaintiffs, in their Memorandum in Support (Doc. #7), of its Motion for Default Judgment (Doc. #7), as well as upon a thorough *de novo* review of the applicable law and the entirety of this Court's file, Plaintiffs' Motion for Default Judgment is sustained, against the parties and in the manner and amount set forth within said Memorandum.  In so ruling, the Court also notes that Defendants are in default of answer or any other appearance in the captioned cause, despite having been served with the Complaint filed herein.  Further, this Court notes that the Defendants have failed to oppose Plaintiffs' Motion for Default Judgment granted herein.

Having granted the Plaintiffs' Motion for Default Judgment, it is the order of this Court that Plaintiffs submit a suitable Judgment Entry, setting forth the parties against whom said default judgment should be rendered, and the amount of said judgment, not later than fourteen calendar days from receipt of this Decision.

June 13, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to: