IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IRON WORKERS DISTRICT  :
COUNCIL OF SOUTHERN OHIO &
VICINITY BENEFIT TRUST, ET
AL.,                   :

      Plaintiff,

  v.                   :   Case No. 3:12-cv-53

PATRIOT STEEL ERECTORS,       JUDGE WALTER H. RICE
INC., ET AL.,

      Defendants.

---

DECISION AND ENTRY GRANTING PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS (DOC. #10); FEES AND COSTS
AWARDED IN THE AMOUNT OF $2,550 IN REASONABLE ATTORNEYS'
FEES AND $350 IN COSTS; JUDGMENT TO ENTER ACCORDINGLY

---

Pursuant to the reasoning set forth in the Plaintiffs' motion for attorneys' fees and costs, plus the affidavit of Attorney George H. Faulkner, and the attachments thereto, as well as upon a thorough de novo review of this Court's file and the applicable law, this Court, noting that Plaintiffs' motion for attorneys' fees and costs is unopposed, hereby awards same in the amount of $2,550 in attorneys' fees and $350 in costs.

This Court directs the office of the Clerk of Courts to enter judgment accordingly.

November 29, 2012

                                      WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record